# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY B. TAYLOR,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:07-cv-01106-LJO-SMS PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS (Doc. 5)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE DOCUMENT 3 AND SEND PLAINTIFF AN IFP APPLICATION<br><br>ORDER REQUIRING PLAINTIFF TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS (Doc. 3) |

      Plaintiff Timothy B. Taylor ("Plaintiff") is a federal prisoner proceeding pro se in this civil action. Pursuant to the Court's order of July 31, 2007, Plaintiff was ordered to either pay the filing fee in full or file an application to proceed in forma pauperis. On October 5, 2007, after Plaintiff did not comply with or otherwise respond to the Court's order, the Court recommended that this action be dismissed. Plaintiff filed an objection on November 19, 2007.

      Based on Plaintiff's contention that he was transferred to another prison and did not receive the Court's order, the Court will vacate the recommendation that this action be dismissed and direct the Clerk's Office to re-serve the order. Plaintiff has forty-five days from the date of service of this order within which to pay the $350.00 filing fee in full or file an application to proceed in forma pauperis. The "International Bill of Exchange" submitted by Plaintiff with his objection does not satisfy the order. The failure to comply will result in dismissal of this action.

1

1  Based on the foregoing, it is HEREBY ORDERED that:

2  1.  The Finding and Recommendation filed on October 5, 2007, is VACATED;

3  2.  The Clerk's Office shall re-serve the order of July 31, 2007, on Plaintiff and shall

4  send Plaintiff an application to proceed in forma pauperis;

5  3.  Within **forty-five (45) days** from the date of service of this order, Plaintiff shall pay

6  the $350.00 filing fee in full or file an application to proceed in forma pauperis; and

7  4.  The failure to comply with this order will result in dismissal of this action.

9  IT IS SO ORDERED.

10  **Dated:    March 31, 2008**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

2